UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PORTCAAN UNIPESSOAL LDA,

    Plaintiff,

  v.

ROBERT H. JOHNSON,

    Defendant,

  v.

WELLS FARGO BANK, N.A.,

    Garnishee.

Case No. MC19-0017SL

ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Robert H. Johnson, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Wells Fargo Bank, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on February 19, 2019, at Dkt. # 1-2.

Dated this 21st day of February, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT