UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORTCAAN UNIPESSOAL LDA,<br><br>     Plaintiff,<br>  v.<br><br>ROBERT H. JOHNSON,<br><br>     Defendant,<br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>     Garnishee. | Case No. MC19-0017SL<br><br>ORDER GRANTING MOTION TO WITHDRAW |

This matter comes before the Court on Paul A. Barrera's motion to withdraw as counsel of record for plaintiff PORTCAAN Unipessoal Lda. Dkt. # 5. Plaintiff does not oppose the withdrawal. The Clerk of Court is directed to terminate counsel's participation in this case on behalf of PORTCAAN Unipessoal Lda. and to add plaintiff's address and contact information to the docket:

  PORTCAAN Unipessoal Lda.
  c/o Fode Camara
  15723 40th Ave. W., Apt. F207
  Lynnwood, WA 98087

  425-830-4561

A copy of this order shall be sent to plaintiff at that address.

ORDER GRANTING MOTION TO WITHDRAW

PORTCAAN Unipessoal Lda. has been and is hereby advised that a business entity, other than a sole proprietorship, must be represented by counsel in federal litigation PORTCAAN Unipessoal Lda. shall have twenty days from the date of this Order in which to retain new counsel. If a timely notice of appearance is not filed, PORTCAAN Unipessoal Lda.'s claims will be dismissed and the writ of garnishment and this miscellaneous matter will be terminated.

Dated this 21st day of May, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge