UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORTCAAN UNIPESSOAL LDA, <br><br> Plaintiff, <br> v. <br> ROBERT H. JOHNSON, <br><br> Defendant, <br> v. <br> WELLS FARGO BANK, N.A., <br><br> Garnishee. | Case No. MC19-0017RSL <br><br> ORDER VACATING WRIT OF GARNISHMENT |

On May 21, 2019, the Court granted Paul A. Barrera's motion to withdraw as counsel of record for plaintiff PORTCAAN Unipessoal Lda. Plaintiff, as a corporate entity, was given twenty days in which to retain new counsel or face dismissal of this action. Dkt. # 7. No appearance having been filed, the writ of garnishment issued in this matter is hereby VACATED. The Clerk of Court is directed to close this miscellaneous action.

DATED this 13th day of June, 2019.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER VACATING WRIT OF GARNISHMENT